# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| Webster J. Sessions, individually and as Personal Representative of the Estate of Louise Rose Sessions a/k/a Louise R. Peterson,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Stephen Brantley Danzey,<br><br>　　　　　　　　　　Defendant. | Case No. _____<br>(Formerly Case No.: 2021-CP-43-00326)<br><br><br><br><br>NOTICE OF REMOVAL |

**TO:   THE UNITED STATES DISTRICT COURT:**

Defendant, Stephen Brantley Danzey, would respectfully show the Court in support of its Notice of Removal that:

1. The Summons and Complaint in this action were filed on March 1, 2021 in the Court of Common Pleas for Sumter County, South Carolina. Attached for the Court are copies of Plaintiff's Summons and Complaint. The Complaint is the first pleading served upon the Defendant in this action and service was affected on March 30, 2021. Therefore, removal is timely under 28 U.S.C. §1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. The Plaintiff is a resident and citizen of the State of South Carolina; Defendant Stephen Brantley Danzey is a resident and citizen of the State of Georgia. The action has been

brought by the Plaintiff against the Defendant for the alleged motor vehicle accident which occurred in Lexington County, South Carolina.

3. Venue is proper in this matter in the Columbia Division of this Court in accordance with 28 U.S.C. §1441(a).

4. Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 as Plaintiff—Webster Sessions individually and as personal representative for the Estate of Louise Sessions—allege that Webster Sessions and Louise Sessions sustained damages such as "severe and permanent injuries," "past, present, and future pain," "mental and emotional anguish and illness," and "disfigurement and disability." Counsel for Defendant has conferred with Counsel for Plaintiff, and Counsel for Plaintiff asserts that more than $75,000 will be in controversy.

5. Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendant's Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6. Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Sumter County.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Aaron J. Hayes
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT**

Columbia, South Carolina
April 26, 2021