# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Webster J. Sessions, individually and as Personal Representative of the Estate of Louise Rose Sessions a/k/a Louise R. Peterson,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>Stephen Brantley Danzey,<br><br>    DEFENDANT. | C.A. No.:  3:21-cv-01245-JMC<br>**(Formerly Case No.: 2021-CP-43-00326)**<br><br><br>**PETITION FOR APPROVAL OF SURVIVAL ACTION SETTLEMENT** |

    Plaintiff Webster J. Sessions, Personal Representative of the Estate of Louise Rose Sessions, submits this Petition through his undersigned counsel seeking approval of the Court for the settlement of the survival action claim brought on behalf of Plaintiff's decedent as follows:

    1.    Plaintiff is the duly appointed Personal Representative of the Estate of Louise Rose Sessions.

    2.    Prior to her death, Plaintiff's decedent was represented by J. Thomas McElveen, III of Bryan Law Firm of SC, L.L.P. in a claim seeking an award of damages to Plaintiff's decedent resulting from injuries Plaintiff's decedent suffered which were caused by a motor vehicle collision that occurred on March 2, 2018. On June 22, 2020, Plaintiff's decedent died of causes unrelated to the injuries suffered as a result of the wreck that occurred on March 2, 2018.

    3.    That the Plaintiff, in his capacity as the Personal Representative of the Estate of Louise Rose Sessions, has brought a claim for damages on behalf of the Estate in addition to his individual claim for damages.

    4.    That Plaintiff has entered into settlement negotiations with representatives of the

Defendant and his liability insurance carrier, Georgia Farm Bureau Insurance Company (hereinafter "Georgia Farm Bureau"), and has agreed to a tentative compromise settlement. Plaintiff now asks the Court to approve a settlement as being in the best interest of all parties concerned. This settlement arises out of injuries that the Plaintiff's decedent, Louise Rose Sessions, suffered as a result of an automobile wreck that occurred in the County of Lexington, State of South Carolina on March 2, 2018.

5.     Georgia Farm Bureau, the liability insurer for the Defendant, has offered to settle this claim with payment to the estate of Plaintiff's decedent in the amount of TWENTY-FIVE THOUSAND and 00/100 ($25,000.00) Dollars on behalf of the Defendant.

6.     That the above sum of Twenty-five Thousand and 00/100 ($25,000.00) Dollars is offered in settlement of the cause or causes of action surviving to Plaintiff and/or others for the conscious pain and suffering, if any, sustained by Plaintiff's decedent and for any and all other claims of whatsoever nature which pertain to Plaintiff's decedent.

7.     That of the total settlement sum of Twenty-five Thousand and 00/100 ($25,000.00) Dollars, the following is requested to be approved for payment of attorneys fees and costs to Bryan Law Firm of SC, L.L.P.:

    a.    Attorneys Fees to Bryan Law Firm of SC, L.L.P.    $8,333.33

    b.    Advanced costs to be reimbursed to Bryan Law Firm of SC, L.L.P.    $409.01

8.     Plaintiff alleges that he, as Personal Representative of the Estate of Louise Rose Sessions, has investigated the entire matter regarding any possible liability of the Defendant for injuries to the Plaintiff's decedent and in view of such questions and the uncertainty of the outcome of any trial against the Defendant on the causes of action for "survival," that this offer is fair and equitable and should be approved by the Court. Plaintiff's decedent died of causes unrelated to the injuries suffered as a result of the wreck that occurred on March 2, 2018.

9. Pursuant to said offer of compromise and settlement, Plaintiff has agreed to execute a Settlement Agreement and Release which will fully and forever discharge the Defendant and his insurer, Georgia Farm Bureau, from any and all claims, actions, causes of action, demands, suits at large or in equity, arising out of the above-referenced incident, as it pertains to the estate of plaintiff's decedent.

10. Furthermore, in consideration of the foregoing and in his role as Personal Representative of the Estate of Louise Rose Sessions, the Plaintiff specifically agrees to indemnify the Defendant and his insurer, Georgia Farm Bureau, and their personal representatives, successors, assigns, agents, servants, and employees from any and all losses, expenses, claims, or demands in any way arising out of the injuries and damages suffered by the Plaintiff's decedent and/or arising out of the distribution of the aforementioned proceeds received in settlement of all claims of the Estate against Defendant, and his insurer, Georgia Farm Bureau.

11. It is clearly understood and agreed by all parties to the settlement that Defendant and Georgia Farm Bureau have not made any representations, warranties, promises, or assertions of the tax liabilities to the parties or the tax consequences of this settlement, if any, and Plaintiff shall make his own independent determination of any tax liabilities or tax consequences arising from the payment of the settlement proceeds which could affect the estate of Plaintiff's decedent.

**WHEREFORE,** your Plaintiff prays that he be authorized and directed to accept the offer of compromise and settlement above set forth and that after receiving the payment proceeds referenced above, that he be authorized and directed on behalf of the Estate of Louise Rose Sessions to execute and deliver a Settlement Agreement and Release as set forth hereinabove.

*Signature page immediately follows.*

                **BRYAN LAW FIRM OF SC, L.L.P.**

                s:/J. Thomas McElveen, III
                J. THOMAS McELVEEN, III, Fed ID #9883
                Attorney for the Plaintiff
                Post Office Box 2038
                17 East Calhoun Street
                Sumter, South Carolina 29151
                **Telephone:** (803) 775-1263
                **Facsimile:** (803) 778-1300 Fax
                **Email:** tmcelveen@bryanlaw.com

Sumter, South Carolina
June 23, 2022