UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Webster J. Sessions, individually and as Personal Representative of the Estate of Louise Rose Sessions a/k/a Louise R. Peterson,<br><br>PLAINTIFFS,<br><br>vs.<br><br>Stephen Brantley Danzey,<br><br>DEFENDANT. | C.A. No.: 3:21-cv-01245-DCC<br>(Formerly Case No.: 2021-CP-43-00326)<br><br><br>ORDER APPROVING<br>SURVIVAL ACTION SETTLEMENT |

This matter came before the Court on Thursday, September 8, 2022, pursuant to S.C. Code Ann. §15-51-41, et. seq. and upon the attached verified Petition of Plaintiff Webster J. Sessions, as the Personal Representative of the Estate of Louise Rose Sessions a/k/a Louise R. Peterson ("Plaintiff") for an Order approving and confirming the proposed settlement set forth in said Petition. This Petition is brought by Plaintiff seeking to recover for any and all potential claims under the South Carolina Survival Act. The parties have previously set forth their positions regarding this matter in pleadings which were previously filed. The Court held a hearing on the Petition on September 8, 2022, which the parties attended by video conference. Plaintiff appeared with his counsel, John Richard Moorman. Jesse Ryan Oates, counsel for Defendant Stephen Brantley Danzey ("Defendant"), and Anthony W. Livoti, counsel for Carrier United Services Automobile Association, were also in attendance.

It appears that a settlement has been reached between the parties for the claims of the Estate of Plaintiff's decedent, which calls for payment by or on behalf of Defendant, and/or his insurer Georgia Farm Bureau Insurance Company (hereinafter "Georgia Farm Bureau"), to the

Estate of Plaintiff's decedent in the amount of Twenty-five Thousand and 00/100 ($25,000.00) Dollars.

It further appears that due consideration has been given to the advisability of accepting the proposed settlement, and the Estate of Louise Rose Sessions, by and through its Personal Representative, Webster J. Sessions, has recommended to this Court that the settlement, as outlined below and discussed with the Court, be approved.

| | | |
|---|---|---|
| a. | Attorney's Fees to Bryan Law Firm of SC, L.L.P. | $8,333.33 |
| b. | Advanced costs to be reimbursed to Bryan Law Firm of SC, L.L.P. | $409.01 |
| c. | Estimated Medicare Lien | $1,316.69 |
| d. | Additional funds from USAA for Medical Payment Coverage | $1,000.00 |
| e. | Webster J. Sessions, as Personal Representative of the Estate of Louise Rose Sessions | $15,940.97 |

All sums set forth herein constitute damages on account of personal physical injuries or sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

The final settlement amount to be paid to the Estate of Louise Rose Sessions, by and through its Personal Representative, Webster J. Sessions, is for settlement of any and all potential claims of the Estate of Louise Rose Sessions against Defendant.

After consideration of the parties' filings, the presentation of Plaintiff's counsel, and questioning of the Personal Representative under oath, the Court finds as follows:

Plaintiff fully understands the payments are made in a final settlement and disposition of any and all claims of the Estate of Louise Rose Sessions arising, occurring, or accruing against Defendant, his predecessors, successors, and related corporations and entities, and his heirs, agents, apparent agents, servants, employees, former employees, and insurers, as set forth in the

attached Petition.

It appears that Plaintiff has fully investigated the matter, and that, after giving careful consideration to all aspects of the situation, has concluded that the settlement offer is fair and advantageous from the standpoint of the Estate of Louise Rose Sessions, by and through its Personal Representative, Webster J. Sessions, the heirs at law, and the statutory beneficiaries, agreed to the settlement, and have asked this Court to approve the same.

Additionally, Plaintiff has agreed to pay any outstanding bills or expenses and/or satisfy any liens arising out of this incident from the proceeds of the settlement. I find this to be appropriate and direct Plaintiff to do as he has agreed.

I further find and conclude under the circumstances that this agreement for compromise is just and reasonable and in the best interests of those persons represented by the Personal Representative of the Estate of Louise Rose Sessions. Therefore, I am of the opinion and so find that the settlement should be approved and confirmed as provided by S.C. Code Ann. §15-51-41, et. seq.

**IT IS, THEREFORE, ORDERED** that for and in consideration of the promise of payment by or on behalf of Defendant, his predecessors, successors, and related corporations and entities, and their heirs, employees, former employees, and all other persons, firms, entities, and insurers, Plaintiff be and hereby is empowered to execute a full and final release on behalf of the Estate of Plaintiff's decedent, or other appropriate settlement document(s), of any and all claims occurring, arising, or accruing against Defendant, his predecessors, successors, and related corporations and entities, and their heirs, agents, apparent agents, servants, employees, and/or former employees, from any claims, past, present, and future, known or unknown, which Webster J. Sessions, as Personal Representative of the Estate of Louise Rose Sessions, has or may in the future be entitled to have on account of matters and things set forth in the Petition.

**IT IS FURTHER ORDERED** that the total payment as set forth in the Petition

presented to the Court at the settlement approval hearing to be received by Plaintiff is a final settlement of any and all claims of the Estate of Louise Rose Sessions against Defendant, his predecessors, successors, and related corporations and entities, and their heirs, agents, apparent agents, servants, employees, and/or former employees.

**IT IS FURTHER ORDERED** that Plaintiff shall satisfy any and all medical liens, Medicare, Medicaid, insurance liens, and/or other liens against Louise Rose Sessions existing as a result of or arising out of the injuries suffered by Plaintiff's decedent, Louise Rose Sessions, as a result of the March 2, 2018, motor vehicle collision referenced in Plaintiff's Petition.

**AND IT IS SO ORDERED.**

Donald C. Coggins, Jr.
United States District Judge

September 12, 2022
Spartanburg, South Carolina